# United States Court of Appeals for the Federal Circuit

———————————

April 3, 2019

**ERRATA**

———————————

Appeal Nos. 2018-1065, 2018-1066

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

Decided:  April 1, 2019
Non-Precedential Opinion

———————————

Two changes are hereby made to the April 1 opinion:

On page 14, line 2, "authorization" is changed to "authentication".

On page 14, line 11, a comma is added after "Mellmer".